NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHNNY RODRIGUEZ-MOREL,       )
                             )
        Appellant,           )
                             )
v.                           )        Case No. 2D17-3106
                             )
STATE OF FLORIDA,            )
                             )
        Appellee.            )
_____)

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts and
Thomas Krug, Judges.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.